DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
BUTLER, GREGORY W and
BUTLER, VERONICA J

Case No. 08-00937-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $29.82, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 18 | Peoples First Recoveries LLC<br>2080 Elm St SE<br>Minneapolis, MN 55414 | $29.82 |

Dated: April 04, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875938        4-7-11        $29.82